**Douglas Ray ARLEDGE, Plaintiff-Appellant,**

v.

**ADA COUNTY; et al., Defendants-Appellees.**

**No. 17-35113**

United States Court of Appeals, Ninth Circuit.

Submitted December 18, 2017 \*

Filed December 20, 2017

Douglas Ray Arledge, Pro Se

Before: WALLACE, SILVERMAN, and BYBEE, Circuit Judges.

MEMORANDUM \*\*

Former Idaho state prisoner Douglas Ray Arledge appeals pro se from the district court's judgment dismissing his 42 U.S.C. § 1983 action alleging constitutional claims arising out of state court criminal proceedings. We have jurisdiction under 28

\*\* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

U.S.C. § 1291. We review de novo. *Whitaker v. Garcetti*, 486 F.3d 572, 579 (9th Cir. 2007) (dismissal under *Heck v. Humphrey*, 512 U.S. 477, 114 S.Ct. 2364, 129 L.Ed.2d 383 (1994)); *Barren v. Harrington*, 152 F.3d 1193, 1194 (9th Cir. 1998) (order) (dismissal under 28 U.S.C. § 1915(e)(2)(B)(ii)). We affirm.

The district court properly dismissed Arledge's action as *Heck*-barred because success on his claims would necessarily imply the invalidity of his sentence, and Arledge failed to show that his sentence has been invalidated. *See Heck*, 512 U.S. at 486-87, 114 S.Ct. 2364 (explaining that if "a judgment in favor of the plaintiff would necessarily imply the invalidity of his conviction or sentence ... the complaint must be dismissed unless the plaintiff can demonstrate that the conviction or sentence has already been invalidated").

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.